UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANCISCO A. CRUZ PORTILLO,

Petitioner,

v.

ICE FIELD OFFICER,

Respondent.

Case No. C26-804-RSM

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS UNDER
28 U.S.C. § 2241

This matter comes before the Court on Petitioner Francisco Antonio Cruz Portillo's *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. Dkt. #3. Respondent has filed a Return. Dkt. #6. Petitioner has not filed a Traverse or any other subsequent filing.

On June 2, 2026, the Court issued the following Minute Order:

> On March 25, 2026, Respondent filed a brief indicating that Petitioner has filed a request to withdraw his case and to be deported to El Salvador. Dkt. #6 at 6. On March 27, 2026, Respondent filed a Notice of Intent to Remove. Dkt. #9. Nothing has been filed since then by either party. Accordingly, the Court now DIRECTS the parties to file a status update addressing Petitioner's current status and whether this petition should be dismissed as moot.

Dkt. #10. Respondent's Status Report informs the Court that "Petitioner was removed by ICE Air Operations Charter to El Salvador on April 7, 2026." Dkt. #11 at 1. Respondent then argues, "Petitioner does not identify any collateral consequence capable of redress by this Court, nor

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 - 1

does he allege any continuing injury independent of the now-ended detention," and that therefore this Petition should be dismissed as moot. *Id.*

The Court has reviewed the record and agrees with Respondent that this case is properly dismissed as moot.

Accordingly, having considered the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Petitioner's habeas petition is DENIED AS MOOT. This case is CLOSED.

DATED this 6th day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 - 2